PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Sonny Gross                                      Cr.: 97-00338-001
                                                                   PACTS #: 17496

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 07/14/98

Original Offense: Distribution of Heroin

Original Sentence: 180 months incarceration; 36 months supervised release; $15,000 restitution; $100 special assessment; and ordered to abide by the following special conditions: financial disclosure, substance abuse testing, and DNA testing.

Type of Supervision: Supervised Release                Date Supervision Commenced: 03/10/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender failed to maintain his Court-ordered restitution payments and has an outstanding balance of $10,371.64. The offender has not made a payment towards his financial obligation since the commencement of supervision. |

U.S. Probation Officer Action: Our office will continue to monitor the offender's ability to pay the outstanding restitution and we will seek assistance from the Financial Litigation Unit of the U.S. Attorney's Office.

Respectfully submitted,
Maureen Kelly
By: Suzanne J. Golda
U.S. Probation Officer
Date: 12/03/12

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that the following action be taken:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5 December 2012
Date